**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2890WM

_____

A. Marie Young,            *
                                  *

        Appellant,         *    Appeal from the United States
                                  *    District Court for the Western
   v.                       *    District of Missouri.
                                  *

Nissan Motor Corp., U.S.A.,    *       [UNPUBLISHED]
                                  *

        Appellee.         *

_____

Submitted:  May 20, 1998
Filed:  May 27, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

A. Marie Young brought this lawsuit against Nissan Motor Corp., U.S.A., alleging she was injured when the airbag in her 1993 Infiniti automobile deployed in a collision with another motor vehicle.  The district court granted Nissan summary judgment and imposed a monetary sanction because Young failed to disclose she had signed a general release discharging all claims arising out of the collision.  On appeal, Young contends the district court failed to specify whether the court sanctioned Young or her attorney and the court's ruling was an abuse of discretion.  We disagree.  Having

reviewed the record, we conclude Young's claims are unsupported by the record and without legal merit.  We thus affirm the district court's judgment.  <u>See</u> 8th Cir. R. 47B.

We also deny Nissan's motion to dismiss the appeal as untimely.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.